UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 MAR 14 PM 1:42
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | '08 MJ 0822 |
| | ) | |
| V. | ) | Magistrate's Case No. |
| | ) | |
| Omar Javier LARA | ) | COMPLAINT FOR VIOLATION OF |
| | ) | |
| | ) | |
| | ) | 18 USC 922 (g)(1) - Felon in Possession of a Firearm and or Ammunition |

The undersigned complainant being duly sworn states:

**COUNT 1**

On or about February 28, 2008, within the Southern District of California, the defendant Omar Javier LARA, having been convicted of a crime punishable by imprisonment for a term exceeding one year did knowingly possess in and affecting interstate commerce, ammunition, that is six rounds of Remington Peters, .32 caliber ammunition, in violation of 18 United States Code, Section 922 (g)(1).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Special Agent Joseph Mokos
Bureau of Alcohol, Tobacco
Firearms and Explosives

Sworn to before me and subscribed in my presence, this 14th day of March, 2008.

Hon. Anthony J. Battaglia
UNITED STATES MAGISTRATE

United States

V.

Omar Javier LARA

**Probable Cause Statement**

**OVERT ACTS**

In violation of the aforementioned statutes, the following acts were committed in the Southern District of California:

On or about February 28, 2008, a Longs drug store employee was on his lunch break at the Denny's restaurant located at the corner of West Point Loma Boulevard and Midway Drive in San Diego, California. The Longs employee noticed a Hispanic male, later identified as Omar Javier LARA (DOB: 10/09/1983, SS# 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), paying his bill at the register. LARA had his hand on his waistband. LARA turned towards the Longs employee and the Longs employee saw a glitter of something in his waistband that the Longs employee thought may be a gun. LARA paid his bill and then walked towards the restroom, which was past the Longs employee. As LARA walked closer to the Longs employee, the two made eye contact and LARA slowed his pace and pulled back his jacket. The Longs employee saw the handle of a gun under LARA's jacket in his waistband. LARA then walked into the restroom.

Once LARA entered the restroom, the Longs employee stepped outside of the Denny's restaurant and called the San Diego Police Department (SDPD). As the Longs employee was on the phone, LARA exited the Denny's restaurant and walked towards the Longs drug store. LARA walked right past the Longs employee. As he walked past the Longs employee, LARA kept looking at the Longs employee and showed the Longs employee the gun under his jacket. The Longs employee then watched LARA proceed directly into the Longs drug store located at 3950 West Point Loma Boulevard, San Diego, California.

SDPD Officers responded to the Longs drug store located at 3950 West Point Loma Boulevard, San Diego, California and contacted LARA after he exited the Longs drug store. An initial search of LARA by SDPD Officers for the firearm was met with negative results.

SDPD Officer Gerardo Perez reviewed Longs drug store surveillance videotapes of LARA's activities in the store. On the videotape, SDPD Officer Perez observed LARA exit the bathroom and pull an unknown object out of his pocket with his right

hand. SDPD Officer Perez walked out of the store manager's office, where he had been viewing the videotape, to the area of the store where LARA was seen pulling the object out of his pocket. SDPD Officer Perez began to search through the children's lunch bags that were located in the store display. SDPD Officer Perez located an Arctic Zone Lunch Kit that was partially open and contained a heavy object. Inside the partially opened Arctic Zone Lunch Kit, SDPS Officer Perez located a Davis, model P32, .32 caliber pistol, serial number P167220 loaded with six rounds of Remington Peters, .32 caliber ammunition.

A criminal history and warrant check of LARA by SDPD Officer Acosta on the scene revealed that LARA had two active felony warrants and one prior conviction for possession of a firearm. Based on this information, LARA was arrested for PC 12021 (A)(1) – Felon in Possession of a Firearm by SDPD Officers.

On or about March 6, 2008, your affiant caused an NCIC criminal history query of LARA, which revealed the following felony conviction:

- PC 12020(A)(1): July of 2004 – Possess/Manufacture/Sell Dangerous Weapon in Superior Court of California, County of San Diego.

Your affiant knows that due to his felony conviction and pursuant to Federal firearms law, 18 USC 922(g) (1), LARA is prohibited from possessing firearms and or ammunition that have traveled in interstate commerce.

Your affiant has spoken with ATF Special Agent Gordon Geerdes, a firearm and ammunition interstate nexus expert, who advised that the six rounds of Remington Peters, .32 caliber ammunition was manufactured outside of the state of California and therefore, at one point in time, must have traveled in interstate commerce.

Based upon the above information, your affiant believes probable cause exists to issue a criminal complaint to arrest Omar Javier LARA for the violations of 18 USC 922(g) (1).

Special Agent Joseph Mokos
Bureau of Alcohol, Tobacco
Firearms and Explosives

Sworn to before me and subscribed in my presence, this 14th day of March, 2008.

Hon. Anthony J. Battaglia
UNITED STATES MAGISTRATE