AO 442

# United States District Court

FILED

SOUTHERN DISTRICT OF CALIFORNIA

08 APR -9 AM 9:20

UNITED STATES OF AMERICA

V.

Omar Javier LARA

WARRANT FOR ARREST

DEPUTY

CASE NUMBER: '08 MJ 0822

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Omar Javier LARA

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment [ ] Information [X] Complaint [ ] Order of Court [ ] Violation Notice [ ] Probation Violation Petition [ ] Pretrial Violation

RECEIVED
2008 APR -1 A 9:35
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

charging him or her with (brief description of offense)

Possession of a firearm and or ammunition by an individual convicted of a crime punishable by imprisonment for a term exceeding one year

In violation of Title 18 United States Code, Section(s) 922(g)(1)

Name of Issuing Officer ANTHONY J. BATTAGLIA U.S. MAGISTRATE JUDGE

Title of Issuing Officer

Signature of Deputy

Date and Location MAR 14 2008 San Diego, California

Bail fixed at $ [Bail] by The Honorable

Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at SAN DIEGO COUNTY SHERIFFS CENTRAL BOOKING - SAN DIEGO, CA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 3-14-08 | JOSEPH MOROS - AGENT ATF | |
| DATE OF ARREST 3-31-08 | | |