AO 442

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

#H54914

08 APR -9 AM 9:20

U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

Omar Javier LARA

## WARRANT FOR ARREST

CASE NUMBER: '08 MJ 0822

DEPUTY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Omar Javier LARA

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition ☐ Pretrial Violation

charging him or her with (brief description of offense)

Possession of a firearm and or ammunition by an individual convicted of a crime punishable by imprisonment for a term exceeding one year

DATE 3/31/08
ARRESTED BY ATF S/A MOKOS
STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY [signature]

U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

2008 MAR 14 A 2:32

RECEIVED

In violation of Title 18 United States Code, Section(s) 922(g)(1)

Name of Issuing Officer ANTHONY J. BATTAGLIA U.S. MAGISTRATE JUDGE

Title of Issuing Officer

Signature of Deputy

Date and Location MAR 14 2008 San Diego, California

Bail fixed at $ [Bail]

by The Honorable [signature]
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

CLASS II 'J' ATF

5212
(Felon in Possession)